THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Robert Rondeau, Respondent,
 
 
 

v.

 
 
 
 South Carolina
 Department of Corrections, Appellant.
 
 
 

Appeal from the Administrative Law Court
Deborah Brooks Durden, Administrative Law Judge

Unpublished Opinion No.  2011-UP-560  
 Submitted November 1, 2011  Filed
December 13, 2011

AFFIRMED

 
 
 
 Michael Laubshire, of Columbia, for
 Appellant.
 Robert Rondeau, pro se, of Piedmont.
 
 
 

PER CURIAM:  The South Carolina Department of
 Corrections (the Department) appeals the Administrative Law Court's (ALC) order
 reversing the Department's denial of Robert Rondeau's inmate grievance in which
 Rondeau objected to the Department's calculation of his sentence.  The
 Department argues the ALC (1) did not properly exercise its jurisdiction and
 (2) erred by finding the Department incorrectly calculated Rondeau's sentence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether
 the ALC properly exercised its jurisdiction:  Al-Shabazz v. State, 338
 S.C. 354, 369, 527 S.E.2d 742, 750 (2000) (holding the ALC has jurisdiction
 when the inmate contends his/her sentence has been erroneously calculated).
2. As to
 whether the Department incorrectly calculated Rondeau's sentence:  S.C. Code
 Ann. § 24-13-40 (Supp. 2010) (explaining a prisoner must be given full credit
 for time served prior to trial and sentencing save for two specific
 exceptions); Allen v. State, 339 S.C. 393, 395, 529 S.E.2d 541, 542
 (2000) (explaining section 24-13-40 requires a prisoner to receive credit for
 all time served unless prisoner was an escapee or prisoner was already serving
 a sentence for a separate offense).
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.